IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 15-03039-01-CR-S-MDH |
| ) | |
| TORELL D. WALLACE, ) | |
| ) | |
| Defendant. ) | |

# ORDER

Before the Court is Defendant's *Pro Se* Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2). Defendant was sentenced on September 13, 2016 to 160 months imprisonment following a guilty plea for conspiring to distribute 50 grams or more of methamphetamine (actual), in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846. Under 18 U.S.C. § 3582(c)(2), a Court may reduce a previously-imposed sentence for a "defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission." 18 U.S.C.A. § 3582. In 2023, the Sentencing Commission promulgated Amendment 821, which, in relevant part, downgraded the number of criminal history points a defendant receives when the defendant commits the instant offense while under a criminal justice sentence. USSG § 4A1.1(e). In the present case, however, § 4A1.1(e) does not impact Defendant's criminal history category, as Defendant's criminal history category was determined by his status as a career offender at the time of sentencing under § 4B1.1(b). (PSR ¶ 31). Defendant's Motion to Reduce Sentence is, therefore, **DENIED**.

**IT IS SO ORDERED**.

DATED: April 23, 2024              */s/ Douglas Harpool*
                                   **DOUGLAS HARPOOL**
                                   **UNITED STATES DISTRICT JUDGE**